1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                   CENTRAL DISTRICT OF CALIFORNIA
8                         WESTERN DIVISION
9
10   WALTER BOYD,                    )   NO. CV 08-5950 MMM (FFM)
                                     )
11                    Petitioner,    )
                                     )   JUDGMENT
12             v.                    )
                                     )
13   J. WALKER (WARDEN),             )
                                     )
14                    Respondent.    )
                                     )
15   _____)

16         Pursuant to the Order Adopting Findings, Conclusions and Recommendations of

17   United States Magistrate Judge,

18         IT IS ADJUDGED that the Petition is dismissed without prejudice.

19
20   DATED:   August 31, 2010

21
22                                          _____
                                            MARGARET M. MORROW
23                                          United States District Judge
24
25
26
27
28